# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOYCE OWUSU, | ] |
| Petitioner, | ] |
| vs. | ] CIVIL ACTION NO. 09-SLB-RRA-822-M |
| ERIC HOLDER, et al., | ] |
| Respondents. | ] |

## **MEMORANDUM OPINION**

This is a habeas corpus petition brought pursuant to 28 U.S.C. § 2241. The magistrate judge entered a report and recommendation recommending that the motion for summary judgment be granted and that the action be dismissed. No objections have been filed. The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The respondents' motion for summary judgment is due to be granted and this action is due to be dismissed. An appropriate order will be entered.

**DONE,** this 28th day of December, 2009.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE